UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Javier L. Merino
DannLaw
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

**Order Filed on December 11, 2019
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Richard Paliotta, Jr.

Case No.:     19-31515 (SLM)

Chapter:     13

Hearing Date:     12/13/2019

Judge:     Stacey L. Meisel

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND
## AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: December 11, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

A. The Stay Motion is granted.
        ^as set forth herein

B. The Automatic Stay provisions of 11 U.S.C. § 362(a) are hereby continued and
shall remain in full force and effect as to the Debtor and all property of the estate until the close
of the Debtor's case or until otherwise ordered by the Court.
        ^as to all creditors properly served

C. This Order shall be incorporated into the Plan and the Court shall retain
jurisdiction with respect to any and all matters arising from or related to the relief granted herein.

**IT IS SO ORDERED.**

_____
~~Hon. Stacy L. Meisel, U.S.B.J.~~