UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Javier L. Merino
DannLaw
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

Order Filed on December 11, 2019
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard Paliotta, Jr.

| | |
|---|---|
| Case No.: | 19-31515 (SLM) |
| Chapter: | 13 |
| Hearing Date: | 12/13/2019 |
| Judge: | Stacey L. Meisel |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND
## AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: December 11, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

A. The Stay Motion is granted.
                              ^as set forth herein

B. The Automatic Stay provisions of 11 U.S.C. § 362(a) are hereby continued and shall remain in full force and effect as to the Debtor and all property of the estate until the close of the Debtor's case or until otherwise ordered by the Court.
                              ^as to all creditors properly served

C. This Order shall be incorporated into the Plan and the Court shall retain jurisdiction with respect to any and all matters arising from or related to the relief granted herein.

**IT IS SO ORDERED.**

───────────────────────────
~~Hon. Stacy L. Meisel, U.S.B.J.~~

```
                           United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                          Case No. 19-31515-SLM
Richard Paliotta, Jr.                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1           Date Rcvd: Dec 11, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.
db             +Richard Paliotta, Jr.,    907 Hammond Road,    Ridgewood, NJ 07450-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc. Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Javier L. Merino    on behalf of Debtor Richard  Paliotta, Jr. jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4