Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Paliotta Jr.
   907 Hammond Road
   Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−0692

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/11/20 at 10:00 AM

to consider and act upon the following:

*28* − Motion re: Notice of Motion to File Amended Proof of Claim for Technical Correction. Filed by Kerry Brian Flowers on behalf of RUC Holdings, LLC. (Attachments: # 1 Certification # 2 Exhibit A # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (LVJ)

Dated: 2/20/20

                                                    Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court