Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Paliotta Jr.
   907 Hammond Road
   Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−0692

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/11/20 at 10:00 AM

to consider and act upon the following:

*28* − Motion re: Notice of Motion to File Amended Proof of Claim for Technical Correction. Filed by Kerry Brian Flowers on behalf of RUC Holdings, LLC. (Attachments: # 1 Certification # 2 Exhibit A # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (LVJ)

Dated: 2/20/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Paliotta, Jr.  
        Debtor

Case No. 19-31515-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 20, 2020  
                    Form ID: ntchrgbk      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db         +Richard Paliotta, Jr.,   907 Hammond Road,   Ridgewood, NJ 07450-2907  
aty        +Kerry Brian Flowers,   185 Hudson St., 25th Floor,   Jersey City, NJ 07311-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
         Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Javier L. Merino   on behalf of Debtor Richard Paliotta, Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com
         Marie-Ann Greenberg   magecf@magtrustee.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                   TOTAL: 4