**Order Filed on March 12, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

FLOWERS & O'BRIEN, LLC
Harborside Financial Center
185 Hudson Street, 25th Floor
Jersey City, New Jersey 07311
Tel: (201) 488-1644
Fax: (201) 488-3330
Email: kflowers@fnolaw.com
Kerry Brian Flowers, Esq. (KF-1138)

*Counsel to RUC Holdings, LLC*

In Re:

RICHARD PALIOTTA, JR.

Case No.: 19-31515 (SLM)

Chapter 13

Judge: Hon. Stacey L. Meisel

---

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: March 12, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal

Information filed in this case by RUC Holdings, LLC, a creditor in the matter, and regarding

attachments to its Proof of Claim filed on January 23, 2020, it is hereby

ORDERED that the above document be immediately restricted from view on the Court's

public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted

version of the document within   7   days of the date of this order, and it is hereby

ORDERED that the movant shall serve this order on all affected parties within one day of

its entry.