UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FLOWERS & O'BRIEN, LLC
Harborside Financial Center
185 Hudson Street, 25th Floor
Jersey City, New Jersey 07311
Tel: (201) 488-1644
Fax: (201) 488-3330
Email: kflowers@fnolaw.com
Kerry Brian Flowers, Esq. (KF-1138)

*Counsel to RUC Holdings, LLC*

In Re:

RICHARD PALIOTTA, JR.

Order Filed on March 25, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-31515 (SLM)

Chapter 13

Hearing Date: March 25, 2020

Judge: Hon. Stacey L. Meisel

# ORDER GRANTING LEAVE TO FILE
# AMENDED PROOF OF CLAIM

The relief set forth on the following page 2 is **ORDERED**.

**DATED: March 25, 2020**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having reviewed the movant's Motion for Leave to File an Amended Proof of Claim (to correct a non-substantive, technical issue), and any related responses or objections, it is hereby

ORDERED that:

1. RUC Holdings, LLC may re-file its Proof of Claim on Official Form 410 because the prior Proof of Claim dated January 23, 2020 was filed on the now superseded Official Form 10.

2. The amended Proof of Claim shall be filed within __7__ days of the date of this Order.

3. No other amendment to the Proof of Claim shall be made.

4. Other:

_____

_____

_____