UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FLOWERS & O'BRIEN, LLC
Harborside Financial Center
185 Hudson Street, 25th Floor
Jersey City, New Jersey 07311
Tel: (201) 488-1644
Fax: (201) 488-3330
Email: kflowers@fnolaw.com
Kerry Brian Flowers, Esq. (KF-1138)

*Counsel to RUC Holdings, LLC*

In Re:

RICHARD PALIOTTA, JR.

Order Filed on March 25, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-31515 (SLM)

Chapter 13

Hearing Date: March 25, 2020

Judge: Hon. Stacey L. Meisel

**ORDER GRANTING LEAVE TO FILE
AMENDED PROOF OF CLAIM**

The relief set forth on the following page 2 is **ORDERED**.

**DATED: March 25, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having reviewed the movant's Motion for Leave to File an Amended Proof of Claim (to correct a non-substantive, technical issue), and any related responses or objections, it is hereby

ORDERED that:

1. RUC Holdings, LLC may re-file its Proof of Claim on Official Form 410 because the prior Proof of Claim dated January 23, 2020 was filed on the now superseded Official Form 10.

2. The amended Proof of Claim shall be filed within ___7___ days of the date of this Order.

3. No other amendment to the Proof of Claim shall be made.

4. Other: _____

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Paliotta, Jr.  
     Debtor

Case No. 19-31515-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 25, 2020  
                   Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.  
db          +Richard Paliotta, Jr.,   907 Hammond Road,   Ridgewood, NJ 07450-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Javier L. Merino   on behalf of Debtor Richard  Paliotta, Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com  
        Marie-Ann  Greenberg   magecf@magtrustee.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                  TOTAL: 4