Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Richard Paliotta Jr.
  907 Hammond Road
  Ridgewood, NJ 07450

Social Security No.:
  xxx−xx−0692

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/10/20 at 10:00 AM

to consider and act upon the following:

*42* – Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Et Al.... Objection deadline is 5/7/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

*43* – Objection to (related document:42 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Et Al.... Objection deadline is 5/7/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. Et Al...) filed by Javier L. Merino on behalf of Richard Paliotta Jr.. (Attachments: # 1 Certificate of Service) (Merino, Javier)

Dated: 5/8/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court