| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Dann Law Firm<br>Javier L. Merino, Esq.<br>372 Kinderkamack Road, Suite 5<br>Westwood, NJ 07675<br>Phone: 216-373-0539<br>Fax: 216-373-0536<br><br>In Re:<br>Richard Paliotta, Jr. | **Order Filed on May 20, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:    19-31515 (SLM)<br>Chapter:    13<br>Judge:    Stacey L. Meisel |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 20, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  12/4/2019  :

Property:   907 Hammond Road, Ridgewood, NJ 07450

Creditor:   Specialized Loan Services

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  06/10/2020 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2