UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Dann Law Firm
Javier L. Merino, Esq.
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Phone: 216-373-0539
Fax: 216-373-0536

In Re:

Richard Paliotta, Jr.

Order Filed on June 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-31515 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 14, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  12/4/2019 :

Property:    907 Hammond Road, Ridgewood, NJ 07450

Creditor:    Specialized Loan Services

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  August 12, 2020 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2