Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Paliotta Jr.
   907 Hammond Road
   Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−0692

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/14/2020 and a confirmation hearing on such Plan has been scheduled for 1/8/2020.

The debtor filed a Modified Plan on 7/27/2020 and a confirmation hearing on the Modified Plan is scheduled for 9/9/2020 at 8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 28, 2020
JAN: rh

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 19-31515-SLM
Richard Paliotta, Jr.                                             Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Jul 28, 2020
                              Form ID: 186                Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db             +Richard Paliotta, Jr.,    907 Hammond Road,    Ridgewood, NJ 07450-2907
aty            +Kerry Brian Flowers,    185 Hudson St., 25th Floor,    Jersey City, NJ 07311-1210
518569451      +Aargon Agncy,   3025 W Sahara,    Las Vegas, NV 89102-6094
518569453     #+Aronow Law, PC,    20 Crossways Park Drive N,    Suite 210,    Woodbury, NY 11797-2007
518625683      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518569454      +Bankamerica,    1825 E Buckeye Rd,    Phoenix, AZ 85034-4216
518569456      +Centralcred,    9550 Regency Square Suite 602,    Jacksonville, FL 32225-8116
518569458      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
518569460      +Flowers & O'Brien, LLC,    70 Adams Street,    Fourth Floor,    Hoboken, NJ 07030-8432
518803411      +RUC Holdings, Inc.,    Kerry Brian Flowers, Esq, Flowers & O'Br,    70 Hudson Street, 4th Floor,
                 Hoboken, NJ 07030-5618
518569461       RUC Holdings, LLC,    1 Rhodes Court,    Hoboken, NJ 07030
518677910      +RUC Holdings, LLC,    Kerry Brian Flowers, Esq., Flowers & O'B,     185 Hudson Street, 25th Floor,
                 Jersey City, New Jersey 07311-1210
518569462      +Recmgmt Srvc,    4200 Cantera Dr #211,    Warrenville, IL 60555-3040
518709732     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518569463      +Spec Loan Sv,    8742 Lucent Blvd #300,    Highlands Ranc, CO 80129-2386
518673060      +The Bank of New York Mellon Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518569464      +Trnswrld Sys,    2235 Mercury Way Suite 275,    Santa Rosa, CA 95407-5463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2020 23:12:03      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2020 23:12:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518658399       E-mail/Text: ally@ebn.phinsolutions.com Jul 28 2020 23:11:19      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518569452      +E-mail/Text: ally@ebn.phinsolutions.com Jul 28 2020 23:11:19      Ally Fincl,    P.O. Box 380901,
                 Minneapolis, MN 55438-0901
518580634       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 23:20:35
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518569455       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2020 23:20:51       Cap One,
                 Po Box 85015,    Richmond, VA 23285-5075
518587731      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2020 23:20:37
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518569459       E-mail/Text: mrdiscen@discover.com Jul 28 2020 23:11:25      Discover Fin Services LLC,
                 ATTN: Bankruptcy,    6500 New Albany Road East,    New Albany, OH 43054-0000
518569457       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 28 2020 23:20:48       Chase Card,
                 201 N. Walnut St//De1 1027,    Wilmington, DE 19801
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518569450       19-31515
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                          Signature:    /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 28, 2020
                              Form ID: 186             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc. Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Javier L. Merino    on behalf of Debtor Richard  Paliotta, Jr. jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Javier L. Merino    on behalf of Plaintiff Richard  Paliotta, Jr. jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```