UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on August 13, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Richard Paliotta, Jr.

| | |
|---|---|
| Case No.: | 19-31515 |
| Hearing Date: | 8/12/2020 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
### for Early Termination of Loss Mitigation Period

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 13, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on _____4/30_____, 20 20  by The Bank of New York Mellon FKA     for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*