| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    RICHARD PALIOTTA, JR. |

Order Filed on November 13, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-31515

Hearing Date:  11/13/2020

Judge:  STACEY L. MEISEL

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 13, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): RICHARD PALIOTTA, JR.

Case No.: 19-31515SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/13/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/13/2020 of the plan filed on 07/27/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/23/2020 or the case will be dismissed; and it is further

ORDERED, that Debtor must retain realtor by 12/15/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.