Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Richard Paliotta Jr.
  907 Hammond Road
  Ridgewood, NJ 07450

Social Security No.:
  xxx−xx−0692

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 11/13/2020 and a confirmation hearing on the Modified Plan is scheduled for 1/13/2021 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 13, 2020
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Paliotta, Jr.  
  Debtor(s)

Case No. 19-31515-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Nov 13, 2020 Form ID: 186 Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Paliotta, Jr., 907 Hammond Road, Ridgewood, NJ 07450-2907 |
| aty | + | Kerry Brian Flowers, 185 Hudson St., 25th Floor, Jersey City, NJ 07311-1209 |
| 518569451 | + | Aargon Agncy, 3025 W Sahara, Las Vegas, NV 89102-6094 |
| 518569453 | #+ | Aronow Law, PC, 20 Crossways Park Drive N, Suite 210, Woodbury, NY 11797-2007 |
| 518625683 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518569454 | + | Bankamerica, 1825 E Buckeye Rd, Phoenix, AZ 85034-4216 |
| 518569456 | + | Centralcred, 9550 Regency Square Suite 602, Jacksonville, FL 32225-8116 |
| 518569458 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 518569460 | + | Flowers & O'Brien, LLC, 70 Adams Street, Fourth Floor, Hoboken, NJ 07030-8432 |
| 518803411 | + | RUC Holdings, Inc., Kerry Brian Flowers, Esq, Flowers & O'Br, 70 Hudson Street, 4th Floor, Hoboken, NJ 07030-5618 |
| 518569461 | | RUC Holdings, LLC, 1 Rhodes Court, Hoboken, NJ 07030 |
| 518677910 | + | RUC Holdings, LLC, Kerry Brian Flowers, Esq., Flowers & O'B, 185 Hudson Street, 25th Floor, Jersey City, New Jersey 07311-1209 |
| 518709732 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518569463 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518673060 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518569464 | + | Trnswrld Sys, 2235 Mercury Way Suite 275, Santa Rosa, CA 95407-5463 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2020 23:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2020 23:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518658399 | | Email/Text: ally@ebn.phinsolutions.com | Nov 13 2020 23:12:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518569452 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 13 2020 23:12:00 | Ally Fincl, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 518580634 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 23:26:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518569455 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 13 2020 23:26:03 | Cap One, Po Box 85015, Richmond, VA 23285-5075 |
| 518587731 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 13 2020 23:26:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518569459 | | Email/Text: mrdiscen@discover.com | Nov 13 2020 23:13:00 | Discover Fin Services LLC, ATTN: Bankruptcy, |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 186 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 518569457 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 23:23:27 | Chase Card, 201 N. Walnut St//De1 1027, Wilmington, DE 19801 | 6500 New Albany Road East, New Albany, OH 43054-0000 |
| 518569462 | Email/Text: bankruptcy@rmscollects.com | Nov 13 2020 23:13:00 | Recmgmt Srvc, 4200 Cantera Dr #211, Warrenville, IL 60555 | |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518569450 | | 19-31515 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2020                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Debtor Richard Paliotta Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Javier L. Merino | on behalf of Plaintiff Richard Paliotta Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5