

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  RICHARD PALIOTTA, JR.

Order Filed on January 20, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-31515SLM

Hearing Date:  1/13/2021

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 20, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  19-31515SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

      THIS MATTER having been scheduled before the Court on 01/13/2021 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that should the Debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor, and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the Debtor's case be dismissed.  The Debtor shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written objection to such Certification;
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 2/10/2021 at 8:30 a.m.