Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Paliotta Jr.
   907 Hammond Road
   Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−0692

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/10/21 at 10:00 AM

to consider and act upon the following:

*87* − Objection to Debtor(s) Application for Retention of Professional (related document:86 Application For Retention of Professional Christine Gubb as Selling Agent Filed by Javier L. Merino on behalf of Richard Paliotta Jr.. Objection deadline is 2/11/2021. (Attachments: # 1 Certification of Professional # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Richard Paliotta) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 2/8/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court