UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DannLaw
Javier L. Merino, Esq. (Bar ID # 078112014)
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
T: (201) 355-3440
F: (216) 373-0539
notices@dannlaw.com
Counsel for Debtor

Order Filed on February 25, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard Paliotta, Jr.

Case No.: 19-31515

Chapter: 13

Judge: Meisel

## ORDER AUTHORIZING RETENTION OF

Christine Gubb

The relief set forth on the following page is **ORDERED**.

**DATED: February 25, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Christine Gubb_____

as _____Selling Agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Keller Williams
   74 Godwin Avenue
   Ridgewood, NJ 07450

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 19-31515-SLM

Richard Paliotta, Jr.                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                              Page 1 of 2
Date Rcvd: Feb 25, 2021                     Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

**Recip ID           Recipient Name and Address**
db                +  Richard Paliotta, Jr., 907 Hammond Road, Ridgewood, NJ 07450-2907

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021                         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
                          on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Javier L. Merino
                          on behalf of Debtor Richard Paliotta  Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Javier L. Merino
                          on behalf of Plaintiff Richard Paliotta  Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Marie-Ann Greenberg
                          magecf@magtrustee.com

Regina Cohen
                          on behalf of Creditor Ally Capital rcohen@lavin-law.com  ksweeney@lavin-law.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 25, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6