Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Richard Paliotta Jr.
  907 Hammond Road
  Ridgewood, NJ 07450

Social Security No.:
  xxx−xx−0692

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/26/21 at 10:00 AM

to consider and act upon the following:

*107* − Motion to Sell 907 Hammond Road Ridgewood, NJ 07450 Filed by Javier L. Merino on behalf of Richard Paliotta Jr.. Hearing scheduled for 5/12/2021 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification of Counsel # 2 Exhibit A − Realtor Letter RE Marketing and Sale Efforts # 3 Exhibit B − Contract of Sale Part 1 # 4 Exhibit B − Contract of Sale Part 2 # 5 Proposed Order # 6 Brief) (Merino, Javier)

Dated: 4/22/21

                                                                                    Jeanne Naughton
                                                                                    Clerk, U.S. Bankruptcy Court