Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Paliotta Jr.
   907 Hammond Road
   Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−0692

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/26/21 at 10:00 AM

to consider and act upon the following:

*108* − Notice of Proposed Private Sale re:.(related document:107 Motion to Sell filed by Debtor Richard Paliotta) Hearing scheduled for. Filed by Javier L. Merino on behalf of Richard Paliotta Jr..(ENTERED IN ERROR) (Merino, Javier) Modified on 4/22/2021 (dlr).

Dated: 4/22/21

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court