Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31515−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Paliotta Jr.
   907 Hammond Road
   Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−0692

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       10/19/21
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Javier L. Merino, Debtor's Attorney,

COMMISSION OR FEES
$8,669.62

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 16, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Paliotta, Jr.  
    Debtor

Case No. 19-31515-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 16, 2021      Form ID: 137      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Paliotta, Jr., 907 Hammond Road, Ridgewood, NJ 07450-2907 |
| aty | + | Kerry Brian Flowers, 185 Hudson St., 25th Floor, Jersey City, NJ 07311-1209 |
| cr | + | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| none | + | Christine Gubb, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| sp | + | Law offices of Benjamin B. Cooper, 47 N. Franklin Turnpike, Ramsey, NJ 07446-2005 |
| r | + | Lori Lettieri, Coldwell Banker, Ridgewood, 44 Franklin Avenue, Suite 4, Ridgewood, NJ 07450-3222 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518569451 | #+ | Aargon Agncy, 3025 W Sahara, Las Vegas, NV 89102-6094 |
| 519262583 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518625683 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518569454 | + | Bankamerica, 1825 E Buckeye Rd, Phoenix, AZ 85034-4216 |
| 518569456 | + | Centralcred, 9550 Regency Square Suite 602, Jacksonville, FL 32225-8116 |
| 518569458 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 518569460 | + | Flowers & O'Brien, LLC, 70 Adams Street, Fourth Floor, Hoboken, NJ 07030-8432 |
| 518803411 | + | RUC Holdings, Inc., Kerry Brian Flowers, Esq, Flowers & O'Br, 70 Hudson Street, 4th Floor, Hoboken, NJ 07030-5618 |
| 518569461 | | RUC Holdings, LLC, 1 Rhodes Court, Hoboken, NJ 07030 |
| 518677910 | + | RUC Holdings, LLC, Kerry Brian Flowers, Esq., Flowers & O'B, 185 Hudson Street, 25th Floor, Jersey City, New Jersey 07311-1209 |
| 518709732 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518569463 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518673060 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518569464 | + | Trnswrld Sys, 2235 Mercury Way Suite 275, Santa Rosa, CA 95407-5463 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2021 20:29:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 518569451 | + | Email/Text: aargon@ebn.phinsolutions.com | Sep 16 2021 20:30:00 | Aargon Agncy, 3025 W Sahara, Las Vegas, NV 89102-6094 |
| 518658399 | | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2021 20:29:00 | Ally Capital, PO Box 130424, Roseville MN |

Case 19-31515-SLM    Doc 135    Filed 09/18/21    Entered 09/19/21 00:10:33    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2021 | Form ID: 137 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 518569452 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2021 20:29:00 | Ally Fincl, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 518580634 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2021 20:33:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518569455 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:22 | Cap One, Po Box 85015, Richmond, VA 23285-5075 |
| 518587731 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 16 2021 20:46:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518569459 | | Email/Text: mrdiscen@discover.com | Sep 16 2021 20:29:00 | Discover Fin Services LLC, ATTN: Bankruptcy, 6500 New Albany Road East, New Albany, OH 43054-0000 |
| 518569457 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 16 2021 20:33:17 | Chase Card, 201 N. Walnut St//De1 1027, Wilmington, DE 19801 |
| 518569462 | | Email/Text: bankruptcy@rmscollects.com | Sep 16 2021 20:30:00 | Recmgmt Srvc, 4200 Cantera Dr #211, Warrenville, IL 60555 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518569450 | | 19-31515 |
| 518569453 | ##+ | Aronow Law, PC, 20 Crossways Park Drive N, Suite 210, Woodbury, NY 11797-2007 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Javier L. Merino | |
| | on behalf of Debtor Richard Paliotta Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 16, 2021 | Form ID: 137 | Total Noticed: 32 |

Javier L. Merino
    on behalf of Plaintiff Richard Paliotta Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com  ksweeney@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7