## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| IN RE: | CASE NO: 1931515 |
|---|---|
| Richard Paliotta, Jr. | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 136 |

On 9/27/2021, I did cause a copy of the following documents, described below,

Motion to Sell ECF Docket Reference No. 136

Notice of Proposed Private Sale 137

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/27/2021

/s/ Javier L. Merino
Javier L. Merino

DannLaw
372 Kinderkamack Road
Westwood, NJ  07675
216 373 0539

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Richard Paliotta, Jr. | CASE NO: 1931515<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 136 |

On 9/27/2021, a copy of the following documents, described below,

Motion to Sell ECF Docket Reference No. 136

Notice of Proposed Private Sale 137

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/27/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Javier L. Merino
DannLaw
372 Kinderkamack Road
Westwood, NJ  07675

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br><br>  LABEL MATRIX FOR LOCAL NOTICING<br>03122<br>CASE 19-31515-SLM<br>DISTRICT OF NEW JERSEY<br>NEWARK<br>THU FEB 4 16-35-39 EST 2021 | ALLY CAPITAL<br>SERVICED BY ALLY SERVICING LLC<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~MLK JR FEDERAL BUILDING~~<br>~~50 WALNUT STREET~~<br>~~NEWARK NJ 07102-3550~~ |
| AARGON AGNCY<br>3025 W SAHARA<br>LAS VEGAS NV 89102-6094 | ALLY CAPITAL<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | ALLY FINCL<br>PO BOX 380901<br>MINNEAPOLIS MN 55438-0901 |
| ARONOW LAW PC<br>20 CROSSWAYS PARK DRIVE N<br>SUITE 210<br>WOODBURY NY 11797-2007 | ASHLEY FUNDING SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | BANK OF AMERICA NA<br>P O BOX 982284<br>EL PASO TX 79998-2284 |
| BANKAMERICA<br>1825 E BUCKEYE RD<br>PHOENIX AZ 85034-4216 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE BANK USA NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| CENTRALCRED<br>9550 REGENCY SQUARE SUITE 602<br>JACKSONVILLE FL 32225-8116 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CTECH COLL<br>5505 NESCONSET HWY<br>MOUNT SINAI NY 11766-2037 |
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FLOWERS  OBRIEN LLC<br>70 ADAMS STREET<br>FOURTH FLOOR<br>HOBOKEN NJ 07030-8432 | RUC HOLDINGS INC<br>KERRY BRIAN FLOWERS ESQ FLOWERS  O<br>70 HUDSON STREET 4TH FLOOR<br>HOBOKEN NJ 07030-5618 |
| RUC HOLDINGS LLC<br>1 RHODES COURT<br>HOBOKEN NJ 07030 | RUC HOLDINGS LLC<br>KERRY BRIAN FLOWERS ESQ FLOWERS  O<br>185 HUDSON STREET 25TH FLOOR<br>JERSEY CITY NEW JERSEY 07311-1209 | RMS RECOVERY MANAGEMENT SERVICES INC<br>4200 CANTERA DRIVE<br>SUITE 211<br>WARRENVILLE IL 60555-3040 |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC STREET<br>GREENWOOD VILLAGE CO 80111-4720 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | THE BANK OF NEW YORK MELLON TRUSTEE SE<br>410<br>CO SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH COLORADO 80129-2386 |
| TRNSWRLD SYS<br>2235 MERCURY WAY SUITE 275<br>SANTA ROSA CA 95407-5463 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~US DEPT OF JUSTICE~~<br>~~OFFICE OF THE US TRUSTEE~~<br>~~ONE NEWARK CENTER STE 2100~~<br>~~NEWARK NJ 07102-5235~~ | JAVIER L MERINO<br>DANNLAW<br>372 KINDERKAMACK ROAD<br>SUITE 5<br>WESTWOOD NJ 07675-1657 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| LORI LETTIERI | MARIE ANN GREENBERG | RICHARD PALIOTTA JR |
| --- | --- | --- |
| COLDWELL BANKER RIDGEWOOD | CHAPTER 13 STANDING TRUSTEE | 907 HAMMOND ROAD |
| 44 FRANKLIN AVENUE | 30 TWO BRIDGES RD | RIDGEWOOD NJ 07450-2907 |
| SUITE 4 | SUITE 330 | |
| RIDGEWOOD NJ 07450-3222 | FAIRFIELD NJ 07004-1550 | |

Case 19-31515-SLM    Doc 138    Filed 09/27/21    Entered 09/27/21 15:07:43    Desc Main
Document    Page 4 of 4
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM