UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-31515 |
| Richard Paliotta, Jr. | Chapter: | 13 |
| | Judge: | Meisel |

### NOTICE OF PROPOSED PRIVATE SALE

_____Richard Paliotta, Jr._____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court
50 Walnut Street, 3rd Fl.
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____October 27, 2021_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, __50 Walnut Street, 3rd Fl., Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  907 Hammond Road Ridgewood, NJ 07450

Proposed Purchaser:  Dilcia Crispin

Sale price:  $1,185,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Chris Gubb; Suzy L. Milazzo; Benjamin Cooper |
| Amount to be paid: | 29,625.00; $29,625.00; $1,750.00 |
| Services rendered: | Ms. Gubb - Selling agent and licensed realtor.<br>Ms. Milazzo Buyer's agent.<br>Mr. Cooper - closing counsel. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Javier L. Merino, Esq.

Address: 372 Kinderkamack Road, Suite 5, Westwood, NJ 07675

Telephone No.: 201-355-3440

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-31515-SLM

Richard Paliotta, Jr.  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Sep 28, 2021  Form ID: pdf905  Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Paliotta, Jr., 907 Hammond Road, Ridgewood, NJ 07450-2907 |
| aty | + | Kerry Brian Flowers, 185 Hudson St., 25th Floor, Jersey City, NJ 07311-1209 |
| cr | + | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| none | + | Christine Gubb, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| sp | + | Law offices of Benjamin B. Cooper, 47 N. Franklin Turnpike, Ramsey, NJ 07446-2005 |
| r | + | Lori Lettieri, Coldwell Banker, Ridgewood, 44 Franklin Avenue, Suite 4, Ridgewood, NJ 07450-3222 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519262583 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518625683 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518569454 | + | Bankamerica, 1825 E Buckeye Rd, Phoenix, AZ 85034-4216 |
| 518569456 | + | Centralcred, 9550 Regency Square Suite 602, Jacksonville, FL 32225-8116 |
| 518569458 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 518569460 | + | Flowers & O'Brien, LLC, 70 Adams Street, Fourth Floor, Hoboken, NJ 07030-8432 |
| 518803411 | + | RUC Holdings, Inc., Kerry Brian Flowers, Esq, Flowers & O'Br, 70 Hudson Street, 4th Floor, Hoboken, NJ 07030-5618 |
| 518569461 | | RUC Holdings, LLC, 1 Rhodes Court, Hoboken, NJ 07030 |
| 518677910 | + | RUC Holdings, LLC, Kerry Brian Flowers, Esq., Flowers & O'B, 185 Hudson Street, 25th Floor, Jersey City, New Jersey 07311-1209 |
| 518709732 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518569463 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518673060 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518569464 | + | Trnswrld Sys, 2235 Mercury Way Suite 275, Santa Rosa, CA 95407-5463 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2021 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2021 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2021 20:39:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 518569451 | + | Email/Text: aargon@ebn.phinsolutions.com | Sep 28 2021 20:39:00 | Aargon Agncy, 3025 W Sahara, Las Vegas, NV 89102-6094 |
| 518658399 | | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2021 20:39:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518569452 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2021 20:39:00 | Ally Fincl, P.O. Box 380901, Minneapolis, MN 55438-0901 |

Case 19-31515-SLM    Doc 143    Filed 09/30/21    Entered 10/01/21 00:12:39    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf905 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518580634 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2021 20:45:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518569455 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 20:45:15 | Cap One, Po Box 85015, Richmond, VA 23285-5075 |
| 518587731 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 28 2021 20:45:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518569459 | | Email/Text: mrdiscen@discover.com | Sep 28 2021 20:39:00 | Discover Fin Services LLC, ATTN: Bankruptcy, 6500 New Albany Road East, New Albany, OH 43054-0000 |
| 518569457 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 28 2021 20:45:09 | Chase Card, 201 N. Walnut St//De1 1027, Wilmington, DE 19801 |
| 518569462 | | Email/Text: bankruptcy@rmscollects.com | Sep 28 2021 20:39:00 | Recmgmt Srvc, 4200 Cantera Dr #211, Warrenville, IL 60555 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518569450 | | 19-31515 |
| 518569453 | ##+ | Aronow Law, PC, 20 Crossways Park Drive N, Suite 210, Woodbury, NY 11797-2007 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Javier L. Merino | on behalf of Debtor Richard Paliotta Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Javier L. Merino | on behalf of Plaintiff Richard Paliotta Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Marie-Ann Greenberg | |

    magecf@magtrustee.com

Regina Cohen

    on behalf of Creditor Ally Capital rcohen@lavin-law.com ksweeney@lavin-law.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7