THE DANN LAW FIRM
BY: Javier L. Merino, Esq. #078112014
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Telephone No. (201) 355-3440
Attorneys for Debtor

---

|  |  | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
|  |  | FOR THE DISTRICT OF NEW JERSEY |
|  | x | CHAPTER 13 |
| IN RE: | x | CASE NO.: 19-31515-SLM |
|  | x |  |
| Richard Paliotta, Jr., | x | DEBTOR CERTIFICATION IN SUPPORT |
|  | x | OF MOTION TO SELL PROPERTY |
| Debtor. | x | PURSUANT TO SECTION 363(B) OF |
|  | x | THE BANKRUPTCY CODE |

Now comes the Debtor, Richard Paliotta, Jr., and requests the court approve the terms of the Motion to Sell.

1. I filed this case on November 14, 2019.

2. I reside at 907 Hammond Road Ridgewood, NJ 07450.

3. I have been seeking to sell my home for quite some time.

4. I first tried obtaining a loan modification with my mortgage loan servicer, Specialized Loan Servicing, LLC ("SLS"). However, SLS refused to work with me. So, I wasn't left with much of a choice but to sell my home as I have equity in it.

5. My first attempt to sell the home fell through as the buyer could not meet his obligations.

6. I now have a new chance to sell my home from $1,185,000.00.

7. I submit this certification in support of my motion to sell the home. I believe it represents a fair purchase price, and it will allow me to pay off my debts.

8. I have no prior relationship with the purchaser. He is not a creditor or otherwise an insider of mine. We negotiated this deal as an arms' length transaction.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                               /s/ Richard Paliotta, Sr.
                                               Richard Paliotta, Sr..

Dated: October 13, 2021